IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ALVIE MERRILL § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-464 |
| § | |
| FEDERAL NATIONAL MORTGAGE § | |
| ASSOCIATION § | |

## FINAL JUDGMENT

On January 12, 2007, the Court granted the Motion for Summary Judgment of Defendant, Federal National Mortgage Association, and dismissed the complaint of Plaintiff, Alvie Merrill, with prejudice. Thereafter, on February 23, 2007, Defendant, Federal National Mortgage Association, filed a Notice of Dismissal, without prejudice, of its counter-claims.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Alvie Merrill, **take nothing** and that his Complaint is **DISMISSED on the merits**.

It is further **ORDERED** and **ADJUDGED** that Defendant, Federal National Mortgage Association, **take nothing by virtue of its counter-claims**.

It is further **ORDERED** and **ADJUDGED** that Defendant, Federal National Mortgage Association, **RECOVER** from Plaintiff, Alvie Merrill, **its costs of action**.

**DONE** at Galveston, Texas, this 27th day of February, 2007.

_____
Samuel B. Kent
United States District Judge